SCOTT D. CHENEY (6198)
Office of the Utah Attorney General
Attorneys for State Election Defendants
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101

FILED
CLERK, U S DISTRICT COURT

2005 JAN 11  P 3: 18

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| CODY JUDY, Plaintiff, vs. BOB BENNETT, STATE ELECTION OFFICIALS, MICA McKINNEY, Defendants. | **STATE ELECTION DEFENDANTS' MOTION TO DISMISS** Case No. 2:04CV01110 Judge Dee Benson |
|---|---|

Utah State Election Officials and Mica McKinney ("State Election Defendants") hereby move the Court to dismiss plaintiff's *Complaint and Contest of Election* (docket No. 1) pursuant to Rule 12(b)(6) Fed. R. Civ Pro.

Dismissal is justified as a matter of law because (1) plaintiff lacks standing; (2) the court lacks subject matter jurisdiction because plaintiff has not stated a substantial federal claim; and (3) because the State Election Defendants are immune from suit. A memorandum in support of this motion has been filed with this motion.



## CERTIFICATE OF SERVICE

I certify that on the __11th__ day of January, 2005, I caused a true and correct copy of the foregoing **STATE ELECTION DEFENDANTS' MOTION TO DISMISS** to be mailed by U.S. mail to:

Cody Judy
2459 South Main Highway 89
Suite 6
Bountiful, Utah 84010

Jesse C. Trentadue
SUITTER AXLAND
175 South West Temple, Suite 700
Salt Lake City, Utah 84101-1480

*/s/ Dolly G. Harmer*