Cody Judy- U.S.Senate  
2459 So. Main (Hwy 89)  
Suite 6  
Bountiful, UT 84010  
801-604-3239

FILED  
CLERK, U.S. DISTRICT COURT  
2005 JAN 27 A 11: 18  
DISTRICT OF UTAH  
BY:  
DEPUTY CLERK

## State Of Utah, Federal District Court, Central Division
## United States of America

| | | |
|---|---|---|
| Cody Judy Official Write-in Candidate<br>Contestant/ Petitioner | ) | |
| v. | ) | **NOTICE OF DEFAULT**<br>(FAILURE TO REPLY) |
| Bob Bennett- Republican Candidate<br>Contestee<br>State Election Officials<br>Mica McKinney- Director et al.,<br>Respondent(s). ) | ) | Case No: 2:04 CV 1110<br>Judge: Dee Benson |

      Petitioner/Contestant hereby submits this **NOTICE OF DEFAULT (Failure to Reply)** and states:

      1) On October 6th Bob Bennett was served a Petition and Summons to respond to the court and to file and answer with the petitioner at the address so stated in the complaint.

      2) The address so stated in which to file an answer was clearly visible on the Summons, and the Petition and is the most basic of task required by any practicing attorney of law.

      3) Upon review of the docket Bob Bennett's representing attorney was discovered by the Contestant/Petioner Cody Judy through Attorney General Scott D. Cheney's **"Certificate of Service"** for the **"Memorandum in Support of State Election Defendants' Motion to Dismiss"** signed by Holly J. Gardner.

      4) Posted on the Certificate of Service of the Motion to Dismiss by Bob Bennett's attorney

Jesse C. Trentadue was the mailing address of :
> Cody Judy
> 2459 So Main Street Suite 6
> Bountiful, UT 84010

5) The address to respond to clearly printed on the summons and the petition and used by the State Attorney Scott D. Cheney successfully in response is, the difference being near 5 miles:

> Cody Judy
> 2459 So. Main **(Hwy 89)**
> Suite 6
> Bountiful, UT 84010

6) It must be assumed given the clarity of the direction and order of summons that the attorney's representing Bob Bennett purposefully did not respond to the summons by order of the court and in so represent an agreement to the judgment of the summons order "failure to respond to the petition in 20 days will result in judgment against you".

7) The time well extended for response, Petitioner now request the court to enter the judgment by default against Bob Bennett for failure to respond. A proposed order has been filed assuring this Notice of Default.

Dated and Signed this ___27___ day of January, 2005.

CODY JUDY
Attorney Pro Se /Petitioner-Contestant