Cody Judy- U.S. Senate
2459 So. Main (Hwy 89)
Suite 6
Bountiful, UT 84010
801-604-3239

FILED
CLERK, U.S. DISTRICT COURT

2005 FEB -7 P 3: 53

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# State Of Utah, Federal District Court, Central Division
## United States of America

Cody Judy  Official Write-in Candidate
  Contestant/ Petitioner

v.

**Notice To Submit**
Default, and Motion to Deny Motion to Dismiss

Bob Bennett- Republican Candidate
  Contestee
State Election Officials Mica McKinney- Director et al.,
  Respondent(s).

Case No: 2:04CV1110
Judge: Dee Benson

Comes Now the petitioner/contestant, Cody Judy, Prose, and submits this NOTICE TO SUBMIT-Default and Motion to Deny Motion to Dismiss.

Dated and signed this 7th Day of February, 2005.

*[signature]*
Cody Judy
Petitioner/Contestant

**Mailing Service Certificate**

I certify I mailed a correct copy of the Notice to Submit U.S. postage prepaid to Attorneys of Respondent / Contestee:

Scott D. Cheney
160 East 300 So. Sixth Floor
P.O. Box 140854
Salt Lake City, UT 84114-0856

Jesse C. Trentadue
Suiter Axland
175 So. West Temple - Suite 700
Salt Lake City, UT 84101-1480

This 7th Day of Feb. 2005.

*[signature]*

CODY JUDY   Page: 1

12