IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| CODY JUDY, <br><br> Plaintiff, <br><br> vs. <br><br> BOB BENNETT, STATE ELECTION OFFICIALS, MICA McKINNEY, <br><br> Defendants. | **ORDER** <br><br> Case No. 2:04-CV-1110 DB <br><br> Judge Dee Benson |

Before the Court is defendants' Motion to Dismiss. The Court, having reviewed the parties' briefs, the record, and relevant law, GRANTS defendants' motion. The Court adopts defendants' memoranda in support of the motion to dismiss as the legal basis for this Order.

IT IS SO ORDERED.

DATED this 16th day of ~~February~~ March, 2005.

_____
Dee Benson
United States District Judge



kvs

United States District Court
for the
District of Utah
March 17, 2005

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:04-cv-01110

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Cody Judy
    2459 S MAIN STE 6
    BOUNTIFUL, UT  84010

    Scott D. Cheney, Esq.
    UTAH ATTORNEY GENERAL'S OFFICE
    LITIGATION UNIT
    160 E 300 S 6TH FL
    PO BOX 140856
    SALT LAKE CITY, UT  84114-0856
    EMAIL